IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MACK ALLEN,

    Petitioner,

v.                                                         CASE NO. 4:05-cv-00386-MP-AK

JAMES V CROSBY,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Mack Allen. Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **November 21, 2005**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this **21st** day of October, 2005.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**

Dockets.Justia.com