IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MACK ALLEN,

        Petitioner,

v.                                      CASE NO. 4:05-cv-00386-MP-AK

JAMES V CROSBY,

        Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Mack Allen.  Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*.  Therefore, consideration of the petition  will be deferred until payment is received or IFP is granted.

      Accordingly, it is ORDERED:

      That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

      That Petitioner shall have until **November 21, 2005**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

      **That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this **21st** day of October, 2005.

                 *s/ A. KORNBLUM*
                 **ALLAN KORNBLUM**
                 **UNITED STATES MAGISTRATE JUDGE**