IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MACK ALLEN,

    Petitioner,

v.                                                   CASE NO. 4:05-cv-386-MMP-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Motion to Rule. The motion is **DENIED**. Petitioner's case will be considered in due course. Furthermore, James Crosby is no longer the Secretary of the Florida Department of Corrections. The new Secretary is Walter McNeil, and the Clerk is hereby directed to **SUBSTITUTE** him in Crosby's stead as the proper respondent.

    **DONE AND ORDERED** this 3rd day of March, 2008.

                          S/A. Kornblum
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**